```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00706
    MARCUS LAROY LOFTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3772


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/16/2007 and was confirmed 06/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/28/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE AUTO FINANCE        SECURED VEHIC         .00            .00          .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00          .00
CITIMORTGAGE              CURRENT MORTG         .00            .00          .00
GMAC MORTGAGE             SECURED NOT I   NOT FILED           .00          .00
GMAC MORTGAGE             SECURED NOT I   NOT FILED           .00          .00
BARCLAY'S CAPITAL REAL E  CURRENT MORTG         .00            .00          .00
ALLIED INTERSTATE         UNSEC W/INTER   NOT FILED           .00          .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      5832.39          .00          .00
CHRIST MEDICAL CENTER     UNSEC W/INTER   NOT FILED           .00          .00
CITY OF CHICAGO WATER DE  SECURED             606.06          .00       135.00
CITY OF CHICAGO WATER DE  SECURED             962.00          .00       135.00
CITY OF CHICAGO WATER DE  SECURED             506.00          .00        90.00
CITY OF CHICAGO WATER DE  UNSEC W/INTER   NOT FILED           .00          .00
COL/DEBT COLLECTION SYST  UNSEC W/INTER   NOT FILED           .00          .00
EVERGREEN ANESTHESIA & P  UNSEC W/INTER   NOT FILED           .00          .00
FALLS COLLECTION SERVICE  FILED LATE           99.40          .00          .00
FIELD & ASSOCIATES        UNSEC W/INTER   NOT FILED           .00          .00
FRANKLIN COLLECTION SV    UNSEC W/INTER   NOT FILED           .00          .00
GC SERVICES               UNSEC W/INTER   NOT FILED           .00          .00
HASSAN ALZIEN             UNSEC W/INTER   NOT FILED           .00          .00
I C COLLECTION SERVICE    UNSEC W/INTER   NOT FILED           .00          .00
MALCOLM S GERALD          UNSEC W/INTER   NOT FILED           .00          .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER   NOT FILED           .00          .00
MEDICAL RECOVERY SPECIAL  UNSEC W/INTER   NOT FILED           .00          .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      7020.11          .00          .00
MRSI                      UNSEC W/INTER   NOT FILED           .00          .00
MRSI                      UNSEC W/INTER   NOT FILED           .00          .00
MRSI                      UNSEC W/INTER   NOT FILED           .00          .00
NCO FIN/55                UNSEC W/INTER   NOT FILED           .00          .00
PEOPLES GAS & LIGHT       UNSEC W/INTER      8493.72          .00          .00
PEOPLES GAS & LIGHT       UNSEC W/INTER   NOT FILED           .00          .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER      1296.28          .00          .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00706 MARCUS LAROY LOFTON
```

```
JANICE SHAKELFORD        NOTICE ONLY   NOT FILED              .00            .00
JOHN WRIGHT              NOTICE ONLY   NOT FILED              .00            .00
MAE SMART                NOTICE ONLY   NOT FILED              .00            .00
HOME EQUITY SERVICE CO   MORTGAGE ARRE       .00              .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    218.39              .00            .00
BARCLAY'S CAPITAL REAL E SECURED NOT I   1334.37              .00            .00
CITY OF CHICAGO DEPT OF  SECURED NOT I       .00              .00            .00
CITY OF CHICAGO DEPT OF  SECURED NOT I       .00              .00            .00
FIELDS HOME IMPROVEMENT  SECURED NOT I NOT FILED              .00            .00
REMODLERS DEPOT          SECURED NOT I NOT FILED              .00            .00
VILLAGE OF CALUMET PARK  SECURED NOT I NOT FILED              .00            .00
VILLAGE OF CALUMET PARK  SECURED NOT I NOT FILED              .00            .00
VILLAGE OF CALUMET PARK  SECURED NOT I NOT FILED              .00            .00
VILLAGE OF CALUMET PARK  SECURED NOT I NOT FILED              .00            .00
SILVERLEAF RESORTS       SECURED NOT I NOT FILED              .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY         626.71              .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT    223.00              .00         223.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    2,500.00                           601.91
TOM VAUGHN               TRUSTEE                                            86.09
DEBTOR REFUND            REFUND                                            155.00


          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,426.00

PRIORITY                                          223.00
SECURED                                           360.00
UNSECURED                                            .00
ADMINISTRATIVE                                    601.91
TRUSTEE COMPENSATION                               86.09
DEBTOR REFUND                                     155.00
                         ---------------       ---------------
TOTALS                   1,426.00               1,426.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/27/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 07 B 00706 MARCUS LAROY LOFTON